# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Earl Foster, :
           Petitioner :
            :
        v. : No. 1805 C.D. 2016
            :
Pennsylvania Department :
of Corrections, :
         Respondent :

## O R D E R

NOW, May 26, 2017, upon consideration of petitioner's application for reconsideration, the application is denied.

MARY HANNAH LEAVITT,
President Judge